IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EDWARD CHARLES NICHOLSON                                        PLAINTIFF

v.                           No.2:06cv170 HDV

GARRY STEWART, M.D. and
CARL JOHNSON, M.D.                                              DEFENDANTS

## J U D G M E N T

In accordance with the Ruling Granting Motions for Summary Judgment and Dismissing case entered by the Court December 1, 2008 (doc. 122),   Judgment is entered for Defendants Garry Stewart, M.D. and Carl Johnson, M.D. and against   Plaintiff Edward Nicholson..

Entered this 2nd day of December,  2008.

JAMES M. MCCORMACK, CLERK

By: /s/ Mary Ann Rawls
        Deputy Clerk